UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ROBINSON,

    Plaintiff,

v.

Case No. 14-11987
Honorable Linda V. Parker

STEPHEN ANDREWS, TANZI COLE
TABB, DAVID BEATY, JOSEPH GONZALEZ,
JAMES B. ROBERTSON, STEPHAN ANDREWS,
SHAWN BOOTH, LUANNE M. REAUME,
CATHOLIC SOCIAL SERVICES, PITTSFIELD TWP.
POLICE DEPT., and JIM MAUDLIN,

    Defendants.
_____/

### OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE (ECF NO. 137) AND STRIKING PLAINTIFF'S DUPLICATIVE MOTION TO DISMISS (ECF NO. 147)

On May 9, 2014, Plaintiff commenced this civil rights action against various defendants pursuant to 42 U.S.C. § 1983. Plaintiff's claims against Defendants arise from his arrest for an alleged parole violation, the revocation of his parole, and events that occurred after he was re-paroled in May 2011. The matter has been referred to Magistrate Judge Stephanie Davis for all pretrial matters.

On November 9, 2015, Plaintiff filed a motion to dismiss without prejudice the following defendants: Tanzi Tabb, Joseph Gonzalez, James B. Robertson, Luanne M. Reaume, and Catholic Social Services. (ECF No. 137.) Plaintiff filed an identical copy

1

of the same motion on November 25, 2015. (ECF No. 147.) On May 5, 2016, Magistrate Judge Davis issued a Report and Recommendation ("R&R") in which she recommends that the Court grant Plaintiff's initially filed motion and strike his second, duplicative motion. (ECF No. 169.) At the conclusion of her R&R, Magistrate Judge Davis informs the parties that they must file any objections to the R&R within fourteen days. (*Id*. at Pg ID 2335-26.) No objections have been filed.

The Court has carefully reviewed Magistrate Judge Davis' R&R and concurs with her conclusions. The Court therefore adopts Magistrate Judge Davis' May 5, 2016 R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to dismiss (ECF No. 137) is granted and the following Defendants are **DISMISSED WITHOUT PREJUDICE AND AS PARTIES FROM THIS LAWSUIT**: Tanzi Tabb, Joseph Gonzalez, James B. Robertson, Luanne M. Reaume, and Catholic Social Services;

**IT IS FURTHER ORDERED** that Plaintiff's duplicative motion (ECF No. 147) is **STRICKEN**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 9, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 9, 2016, by electronic and/or U.S. First Class mail.

s/ Shawna Burns on behalf Richard Loury
Case Manager