UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ROBINSON,

    Plaintiff,

v.

Case No. 14-11987
Honorable Linda V. Parker

STEPHEN ANDREWS, TANZI COLE
TABB, DAVID BEATY, JOSEPH GONZALEZ,
JAMES B. ROBERTSON, STEPHAN ANDREWS,
SHAWN BOOTH, LUANNE M. REAUME,
CATHOLIC SOCIAL SERVICES, PITTSFIELD TWP.
POLICE DEPT., and JIM MAUDLIN,

    Defendants.
_____/

**OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT DAVID BEATY (ECF NO. 177)**

On May 9, 2014, Plaintiff commenced this civil rights action against various defendants pursuant to 42 U.S.C. § 1983. Plaintiff's claims against Defendants arise from his arrest for an alleged parole violation, the revocation of his parole, and events that occurred after he was re-paroled in May 2011. The matter has been referred to Magistrate Judge Stephanie Davis for all pretrial matters.

On September 15, 2016, Plaintiff filed a motion to dismiss without prejudice Defendant David Beaty. (ECF No. 177.) On September 23, 2016, Magistrate Judge Davis issued a Report and Recommendation ("R&R") in which she recommends that the

1

Court grant Plaintiff's motion.  (ECF No. 180.)  At the conclusion of her R&R, Magistrate Judge Davis informs the parties that they must file any objections to the R&R within fourteen days.  (*Id*. at Pg ID 2335-26.)  No objections have been filed.

The Court has carefully reviewed Magistrate Judge Davis' R&R and concurs with her conclusions.  The Court therefore adopts Magistrate Judge Davis' September 23, 2016 R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to dismiss (ECF No. 177) is **GRANTED** and Defendant David Beaty is **DISMISSED WITHOUT PREJUDICE AND AS A PARTY FROM THIS LAWSUIT**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 13, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 13, 2016, by electronic and/or U.S. First Class mail.

s/ Richard Loury
Case Manager