UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ROBINSON,

    Plaintiff,

v.

                                          Case No. 14-11987
                                          Honorable Linda V. Parker

STEPHEN ANDREWS, et al.,

    Defendants.

_____/

## OPINION AND ORDER REJECTING AS MOOT PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER ON MOTION FOR STAY AND ABEYANCE

On May 9, 2014, Plaintiff commenced this civil rights action against various defendants pursuant to 42 U.S.C. § 1983.[1] Plaintiff's claims against Defendants arise from his arrest for an alleged parole violation, the revocation of his parole, and events that occurred after he was re-paroled in May 2011. The matter has been referred to Magistrate Judge Stephanie Dawkins Davis for all pretrial matters.

On March 31, 2017, Plaintiff filed a motion asking the Court to stay these proceedings while the Sixth Circuit Court of Appeals decides his motion for mandamus, asking the appellate court to order the district court to allow Plaintiff to amend his complaint. (ECF No. 196.) On May 10, 2017, Magistrate Judge Davis

---

[1] All but five of the thirty-two defendants sued in this action have been dismissed.

entered an order denying Plaintiff's request for a stay. (ECF No. 199.) Magistrate Judge Davis concludes that Plaintiff is not likely to succeed on his motion for writ of mandamus, will not be irreparably harmed absent a stay, and that defendants will be harmed if the court grants the stay.

On May 26, 2017, this Court received Plaintiff's objections to Magistrate Judge Davis' order. (ECF No. 201.) Today, June 29, 2017, the Sixth Circuit issued a decision denying Plaintiff's petition for a writ of mandamus. Thus, Plaintiff's motion for a stay is now moot.

Therefore, this Court is rejecting as moot Plaintiff's objections to Magistrate Judge Davis' May 10, 2017 decision. Magistrate Judge Davis' decision is **AFFIRMED**.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 29, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 29, 2017, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager