UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ROBINSON,

    Plaintiff,

v.

Civil Case No. 14-11987
Honorable Linda V. Parker

STEPHEN ANDREWS, et al.,

    Defendants.
_____/

# OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR IMMEDIATE RELEASE

On May 9, 2014, Plaintiff commenced this civil rights action against thirty-two defendants pursuant to 42 U.S.C. § 1983. The case has proceeded to a final judgment in favor of Defendants and against Plaintiff, with the Judgment entered on August 14, 2017. Pending before the Court is Plaintiff's "Motion for Immediate Release" in which he appears to be challenging his continued custody in the Michigan Department of Corrections pursuant to state court convictions. (ECF No. 215.) Plaintiff's request for relief is more appropriately brought as a separate habeas corpus action.[1] *See Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) (holding that, when state prisoners are challenging the very fact or duration of their physical

---

[1] Plaintiff has filed several federal habeas corpus petitions in this District. It is unclear to the Court whether any of those petitions addressed the convictions resulting in the confinement challenged in his pending motion.

imprisonment, and the relief they seek is a determination that they are entitled to immediate release or a speedier release from that imprisonment, their sole federal remedy is a writ of habeas corpus).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Immediate Release (ECF No. 215) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 13, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 13, 2017, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager
